**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **TODD DYER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO.  04-803-GPM** |
| | ) | |
| **J. F. GRABER,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## <u>MEMORANDUM AND ORDER</u>

**MURPHY, Chief District Judge:**

In this habeas corpus action, filed pursuant to 28 U.S.C. § 2241, Petitioner claims that he is detained without justification in the Federal Metropolitan Correctional Center in Chicago due to a disciplinary incident that occurred in a halfway house.  The court with jurisdiction over a habeas corpus petition from a federal prisoner who seeks to challenge something other than the validity of a conviction and sentence is the district court where the petitioner is confined at the time of filing. *United States v. Mittlesteadt*, 790 F.2d 39, 40 (7th Cir. 1986); *Ross v. Mebane*, 536 F.2d 1199, 1201 (7th Cir. 1976).  In this case, Petitioner is currently confined in the MCC-Chicago located in the Northern District of Illinois.  28 U.S.C. § 93(a)(1).

**IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Northern District of Illinois, Eastern Division, for a determination as to whether Respondent should be held to answer the petition, 28 U.S.C. § 2243; 28 U.S.C. § 2254 Rule 4 and Rule 1(b), and such further proceedings as that Court may deem appropriate.  Neither the writ of habeas corpus nor any rule to show cause shall issue in this action unless so directed by the

transferee court.

**IT IS SO ORDERED.**

DATED:  12/01/04

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge