# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS



750 Missouri Avenue
P. O. Box 249
East St. Louis, IL 62202
618/482-9371

Norbert G. Jaworski
Clerk of Court

**December 3, 2004**

United States District Court
Northern District of **Illinois** - Eastern Division
219 South Dearborn Street
Everett McKinley Dirksen Building, 20th Floor
Chicago, IL 60604

RE: Dyer v. Graber
    Civil Case No. 04-803-GPM

Dear Clerk:

      On 12/1/04, an Order by the Honorable G. Patrick Murphy, U. S. District Judge, was entered transferring the above-mentioned case from this District Court to the U. S. District Court for the Northern District of Illinois, Eastern Division.

      Enclosed are original documents 1, 3, and 4, and service copies of the complaint. Also enclosed is a certified copy of the docket sheet. This court is using the electronic case filing system. You may access our electronic case file at the following web address: http://ecf.ilsd.uscourts.gov to obtain the remaining documents. We have assigned a login and password for district courts to use in accessing this information. The login is "******" and the password is "******". This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat reader loaded on your computer in order to view the documents.

      Please acknowledge receipt of the docket sheet by returning a signed copy of this letter.

      Sincerely,

      Norbert G. Jaworski, Clerk

      By:/s/ TJ Hickey
           Deputy Clerk

Enclosures

      Receipt Acknowledged on: _____
      By:_____

CV-18
(6/04)